# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.                                                           Case Number   3:07-CR-788-4

WILLIAM MCMILLAN

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, WILLIAM MCMILLAN, was represented by Jack Furlong.

On motion of the United States the court has dismissed counts 1s and 2s.

The defendant pled guilty to count 3 of the Superceding Indictment on 6/4/08. Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number |
|---|---|---|---|
| 18:1028 | Conspiracy To Commit Identity Theft | 2/14/03 | 3s |

As pronounced on 11/19/09, the defendant is sentenced as provided in pages 2 through <u>2</u> of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100, for count 3s, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 20th day of November, 2009.

MARY L. COOPER
United States District Judge

RECEIVED
NOV 2 0 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

11226

Judgment – Page 2 of 2

Defendant: WILLIAM MCMILLAN
Case Number: 3:07-CR-788-4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Time Served.

## SPECIAL CONDITION

The defendant shall cooperate in the collection of DNA as directed by the probation office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal